No. 76–671. Solitron Devices, Inc. v. United States. Ct. Cl. Certiorari denied.

No. 76–686. Daley v. Califano, Secretary of Health, Education, and Welfare, et al. C. A. 2d Cir. Certiorari denied.

No. 76–729. Gibson et al. v. Grimm, Judge. Sup. Ct. Mo. Certiorari denied.

No. 76–754. B. F. Goodrich Co. et al. v. United States Department of Transportation et al. C. A. 6th Cir. Certiorari denied.

No. 76–770. Cahn v. United States. C. A. 2d Cir. Certiorari denied.

No. 76–773. Gordon et ux. v. United States. Ct. Cl. Certiorari denied.

No. 76–784. Civil Service Commission of the City of New York et al. v. Berns. C. A. 2d Cir. Certiorari denied.

No. 76–789. Noll v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 76–790. Miller v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–799. Alberts, Inc. v. National Labor Relations Board et al. C. A. D. C. Cir. Certiorari denied.

No. 76–820. Okagbare v. Immigration and Naturalization Service. C. A. 6th Cir. Certiorari denied.

No. 76–827. Lambros v. United States. C. A. 8th Cir. Certiorari denied.